# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Royal, Charles A. | U.S. Middle District - Georgia | 5/14/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior Status | ☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

U. S. Courthouse
475 Mulberry Street
Macon, GA 31202

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executor | Estate #1 |
| 2. | Executor | Estate #2 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Royal, Charles A.** | 5/14/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Royal, Charles A.** | 5/14/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Royal, Charles A.** | 5/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Federated Prime Money Market/Obligation Fund | A | Interest | | | Sold | 12/16/19 | J | A | |
| 2. MetaMorphix, Inc. | | None | J | T | | | | | |
| 3. Polywad, Inc. | | None | J | T | | | | | |
| 4. SunTrust Account #3 | | None | J | T | | | | | |
| 5. SunTrust Account #4 | | None | J | T | | | | | |
| 6. Estate #1 | | None | J | T | | | | | |
| 7. Oxford Square Capital Corp. | A | Dividend | | | Sold | 12/16/19 | J | A | |
| 8. Legacy RESVS | | None | | | Sold | 12/30/19 | J | A | |
| 9. AT & T Inc | C | Dividend | | | Sold | 12/16/19 | L | E | |
| 10. Verizon Communications | D | Dividend | | | Sold | 12/16/19 | L | E | |
| 11. Northwestern Corp | B | Dividend | | | Sold | 12/16/19 | L | E | |
| 12. Southern Company | B | Dividend | | | Sold | 12/16/19 | L | E | |
| 13. Brookfield Infrastruction Partners | C | Dividend | | | Sold | 12/16/19 | L | F | |
| 14. Conagra Brands, Inc. | A | Dividend | | | Sold | 12/16/19 | K | D | |
| 15. Estate #2 | | None | J | T | | | | | |
| 16. Consolidated Edison, Inc. | C | Dividend | | | Sold | 12/16/19 | L | E | |
| 17. Baron Small Cap Fund | A | Dividend | J | T | Sold<br>(part) | 10/21/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Royal, Charles A.** | 5/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Credit Suisse Comm Ret Strat | | None | | | Sold | 04/01/19 | J | A | |
| 19. Delaware Small Cap Value | A | Dividend | J | T | | | | | |
| 20. Principal Midcap Fund | A | Dividend | J | T | Sold (part) | 10/21/19 | J | A | |
| 21. American Investment Co of America | B | Dividend | L | T | | | | | |
| 22. Morgan Stanley Glob Real Est | A | Dividend | J | T | Sold (part) | 10/21/19 | J | A | |
| 23. TRP Equity Income I | A | Dividend | J | T | Sold (part) | 10/21/19 | J | A | |
| 24. Dodge & Cox International Stock | A | Dividend | J | T | | | | | |
| 25. Amer Int'l Growth & Income | A | Dividend | J | T | | | | | |
| 26. MFS International Equity | A | Dividend | J | T | | | | | |
| 27. American New World CL F3 | B | Dividend | K | T | Sold (part) | 10/21/19 | J | A | |
| 28. Bridge Builder Core Bond Fund | A | Dividend | K | T | Sold (part) | 10/21/19 | J | A | |
| 29. Bridge Builder Large Growth | A | Dividend | J | T | Sold (part) | 10/21/19 | J | A | |
| 30. Bridge Builder Large Value | A | Dividend | K | T | | | | | |
| 31. Bridge Builder Int'l. Equity | A | Dividend | J | T | | | | | |
| 32. Pgim High Yield R 6 | A | Dividend | J | T | Sold (part) | 10/21/19 | J | A | |
| 33. JP Morgan US Gov't MWF Capital | A | Dividend | J | T | | | | | |
| 34. Eastern MI Univ Build Amer Bds | A | Interest | | | Sold | 02/15/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Royal, Charles A.** | 5/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. American Balanced Fund CLA | B | Dividend | M | T | | | | | |
| 36. Amern High Inc Muni Bd Fd A | A | Dividend | L | T | | | | | |
| 37. American Capital Income Builder Fund CLA | C | Dividend | M | T | | | | | |
| 38. American Capital World Grw & Inc Fund A | C | Dividend | M | T | | | | | |
| 39. Eaton Vance SC Mun Incm Fd | A | Dividend | J | T | | | | | |
| 40. American Europacific Growth Fund CLA | A | Dividend | J | T | | | | | |
| 41. Franklin Adj US Govt Secs Fd A | A | Dividend | J | T | | | | | |
| 42. Franklin Equity Income Fund A | A | Dividend | K | T | | | | | |
| 43. Franklin Foundings Fd Alloc A | A | Dividend | K | T | | | | | |
| 44. Franklin Growth Series Class A | A | Dividend | K | T | | | | | |
| 45. Franklin Income Fund CLA | A | Dividend | J | T | | | | | |
| 46. Franklin Mut Glbl Disc A | A | Dividend | J | T | | | | | |
| 47. Franklin Mutual Shares Fund A | A | Dividend | K | T | | | | | |
| 48. Franklin Small Cap Value Fd A | A | Dividend | J | T | | | | | |
| 49. Franklin Total Return Fund A | A | Dividend | K | T | | | | | |
| 50. Franklin US Government Secs A | A | Dividend | J | T | | | | | |
| 51. American Growth Fund of America CLA | C | Dividend | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Royal, Charles A. | 5/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Hartford Mlt-Ast Inc & Growth CLA formerly Hartford Balanced Fund CLA | C | Dividend | K | T | | | | | |
| 53. Hartford Cap Appreciation CLA | B | Dividend | K | T | | | | | |
| 54. Hartford Core Equity CLA | A | Dividend | K | T | | | | | |
| 55. Hartford Dividend & Growth A | B | Dividend | K | T | | | | | |
| 56. Hartford Healthcare Fund CLA | B | Dividend | K | T | | | | | |
| 57. Hartford Midcap Fund CLA | B | Dividend | K | T | | | | | |
| 58. Hartford Quality Value CLA | A | Dividend | K | T | | | | | |
| 59. American Income Fund of America Fund A | B | Dividend | L | T | | | | | |
| 60. Invesco Global Growth Fd CLA | A | Dividend | J | T | | | | | |
| 61. Invesco Technology Fund CLA | A | Dividend | J | T | | | | | |
| 62. American Investment Co of America Fd A | C | Dividend | L | T | | | | | |
| 63. American New Perspective Fund CLA | C | Dividend | M | T | | | | | |
| 64. Templeton Growth Fund A | B | Dividend | J | T | | | | | |
| 65. American Washington Mutual Invest A | C | Dividend | L | T | | | | | |
| 66. Nvidia Corp. | B | Dividend | M | T | Sold (part) | 12/16/19 | M | F | |
| 67. Lamb Weston Holding, Inc. | B | Dividend | | | Sold | 12/16/19 | K | E | |
| 68. Abbvie Inc | B | Dividend | | | Sold | 12/16/19 | K | E | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Royal, Charles A.** | 5/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Crown Castle Int'l Corp | B | Dividend | | | Sold | 12/16/19 | L | E | |
| 70. Bridge Builder Small/Mid Value | A | Dividend | J | T | | | | | |
| 71. Bridge Builder Core Plus Bond | A | Dividend | K | T | Sold (part) | 10/21/19 | J | A | |
| 72. Hartford World Bond CL F | A | Dividend | J | T | Sold (part) | 10/21/19 | J | A | |
| 73. LSV Value Equity | A | Dividend | J | T | | | | | |
| 74. Federated Trsy Obligs MM | B | Dividend | | | Sold | 12/18/19 | J | A | |
| 75. Hartford International Equity | A | Dividend | J | T | | | | | |
| 76. UBS Bank | | None | O | T | Open | 12/24/19 | O | | |
| 77. Ashmore Emerging Markets Total Return Fund | | None | J | T | Buy | 12/31/19 | J | | |
| 78. Baird Midcap Fund Institutional Class | | None | J | T | Buy | 12/31/19 | J | | |
| 79. Lord Abbett High Yield Fund Class F | | None | K | T | Buy | 12/31/19 | K | | |
| 80. Pimco Investment Grade Credit Bond Fund I-2 | | None | L | T | Buy | 12/31/19 | L | | |
| 81. John Hancock Disciplined Value Mid Cap Fund | | None | J | T | Buy | 12/31/19 | J | | |
| 82. Pear Tree Polaris Foreign Fund Instl | | None | K | T | Buy | 12/31/19 | K | | |
| 83. AQR U.S. Defensive Equity Fund Class I | | None | K | T | Buy | 12/31/19 | K | | |
| 84. Chartwell Small Cap Value Fund Class I | | None | J | T | Buy | 12/31/19 | J | | |
| 85. Harding Loevner International Equity | | None | K | T | Buy | 12/31/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Royal, Charles A.** | 5/14/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. POSITIONS

Estate #1 - I have no beneficial interest in the estate.  There are no assets owned by the estate.  There have been no acquisitions, dispositions or capital gains.  This response includes now and at all times during the reporting period.

Estate #2 - I have no beneficial interest in the estate.  There are no assets owned by the estate.  There have been no acquisitions, dispositions or capital gains.  This response includes now and at all times during the reporting period.

Metamorphix, Inc. (#2) and Polywad (#3) have both been bankrupt for years with no income and no transactons for this reporting period or for a number of years past.  They should be taken off.  They have had a negative value for several years and will not be included in the future.

Adv Edgewood Gwth Fd Instl CL I (#21 from 2018 Financial Disclosure Report) was incorrectly reported as a partial sale but was actually all sold on 08/15/2018 and should not be included for 2019.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Charles A. Royal**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544